734 A.2d 388

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Delroy Anthony BAILEY, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 17, 1998.

Decided July 21, 1999.

Bruce F. McKenrick, Ebensburg, for Delroy Anthony Bailey, appellant.

David Tulowitzki, Ebensburg, Christian A. Fisanick, Barnesboro, for the Com., appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM.

**AND NOW**, this 21st day of July, 1999, the Order of the Superior Court dated July 16, 1997 is reversed pursuant to *Commonwealth v. Shaffer*, 557 Pa. 453, 734 A.2d 840 (1999).

Justice CASTILLE files a Concurring Statement.

CASTILLE, Justice, concurring.

I concur in the decision reversing the Superior Court based on my concurring opinion in *Commonwealth v. Shaffer*, 557 Pa. 453, 734 A.2d 840 (1999).